United States District Court for the District of Columbia

| | |
|---|---|
| United States of America | * |
| | * |
| | *   CASE No. |
| Versus | * Offense Tracking No. |
| | * ~~305875~~ 05-398-01M (DAR) |
| | * |
| | * |
| Tommy Nguyen | * |
| Defendant | * |

**Praecipe**
**Notice of Appearance**

**FILED**
JUL 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk of the Court:

Will the clerk of the court enter the appearance of the undersigned attorney as the attorney for the defendant, Tommy Nguyen.

Respectfully,

*[signature]*

Due H. Tran, DC Bar #467942
Attorney for the Defendant
2500 Virginia Ave NW, Ste 906
Washington, DC 20037-1901
Tel. 703.786.0373
Email: dhtlaw@comcast.net

**Certificate of Service**

I hereby certify that the foregoing hand delivered to the State's Attorney Office this 18th day of July 2004.

*[signature]*