United States District Court for the District of Columbia

|  |  |
|---|---|
| United States of America | * * * |
| Versus | * Offense Tracking No. * ~~305875~~  05-398-01M (DAR) * * |
| Tommy Nguyen<br>          Defendant | * * |

## Praecipe
### Notice of Appearance

Clerk of the Court:

Will the clerk of the court enter the appearance of the undersigned attorney as the attorney for the defendant, Tommy Nguyen.

Respectfully,

*/s/ Due H. Tran*

Due H. Tran, DC Bar #467942
Attorney for the Defendant
2500 Virginia Ave NW, Ste 906
Washington, DC 20037-1901
Tel. 703.786.0373
Email: dhtlaw@comcast.net

### Certificate of Service

I hereby certify that the foregoing hand delivered to the State's Attorney Office this 18th day of July 2004.