**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 1:05-MJ-398-DAR** |
| : | |
| **TOMMY NGUYEN,** : | |
| : | |
| **Defendant** : | |

## PRAECIPE

PLEASE ENTER the appearance of Gregory B. English as retained co-counsel for the defendant in this case. Counsel will be assisting Due Hau Tran, Esquire, who is the lead attorney in this case.

    Respectfully submitted,

    /s/ Gregory B. English
    Gregory B. English
    DC Bar No. 398564
    English & Smith
    526 King Street, Suite 213
    Alexandria, Virginia  22314
    (703) 548-8911
    Fax (703) 548-8935
    *Counsel for Defendant*

## Certificate of Service

I hereby certify that a true copy of the foregoing pleading was filed via the ECF system on this 18th day of August, 2005.

    /s/ Gregory B. English
    Gregory B. English